**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

UNITED STATES OF AMERICA

v.

DARNELL LAMAR PICKENS,

Defendant.

CASE NO.: 2:26-cr-26-2

**ORDER**

On September 4, 2026, the parties filed their Joint Status Report. Doc. 41. In the Report, the parties state that all pretrial motions filed in this case as to Defendant Darnell Lamar Pickens have been satisfied or otherwise resolved. There being no pending pretrial motions before the Court, the Court has cancelled the motions hearing scheduled for September 16, 2026 at 1:30 p.m., as to Darnell Lamar Pickens.

**SO ORDERED**, this 11th day of September, 2026.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
2SOUTHERN DISTRICT OF GEORGIA